UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBERTS,<br><br>             Petitioner,<br><br>      v.<br><br>RANDY L. TEWS, WARDEN,<br><br>             Respondent. | CASE NO. ED CV 16-26-AB (PJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING PETITION WITH PREJUDICE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:   February 17, 2017  .

_____
ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

C:\Users\cbadirian\AppData\Local\Temp\notesC7A056\Order accep r&r.wpd