UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBERTS,<br><br>           Petitioner,<br><br>    v.<br><br>RANDY L. TEWS, WARDEN,<br><br>           Respondent. | CASE NO. ED CV 16-26-AB (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Report and Recommendation and Dismissing Petition With Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

    DATED:    <u>February 17, 2017</u>.

                                        ANDRÉ BIROTTE, JR.
                                        UNITED STATES DISTRICT JUDGE